# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS LANG,** | : | CIVIL ACTION NO. 1:19-CV-719 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **JACK VANGORDER,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 23rd day of December, 2019, upon consideration of defendant's motion (Doc. 7) to dismiss, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 7) is GRANTED.

2. The complaint (Doc. 1-2) is DISMISSED.

3. Plaintiff is granted twenty (20) days from the date of this order to file a proposed amended complaint to cure the deficiencies with respect to the Fourteenth Amendment due process claim, Eighth Amendment claim, and First Amendment claim. Failure to timely file a proposed amended complaint will result in the dismissal of this action without further notice of court.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania